# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 773 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. Joshua Hines | | |

**DOCKET ENTRY TEXT**

Bench warrant issued as to Joshua Hines. Government's motion to seal case until 1/31/08 is granted.

No Notices Under Seal

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|

Case 1:07-cr-00773    Document 3    Filed 11/26/2007    Page 1 of 1

07CR772 USA vs. Jason Foster                                                                 Page 1 of 1