UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 07 CR 773 |
| v. | ) |
| | ) Jeffrey Cole |
| | ) United States Magistrate Judge |
| JOSHUA HINES | ) |
| | ) |

## ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, all dated November 26, 2007, are hereby SEALED until and including January 31, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
JEFFREY COLE
United States Magistrate Judge

Dated: Nov 26, 2007