Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 773 | **DATE** | 11/29/07 |
| **CASE TITLE** | USA vs. Joshua Hines | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Joshua Hines appears in response to arrest on 11/29/07. Defendant informed of rights. Enter order appointing Helen Kim as counsel for defendant. Government seeks detention. Detention hearing set for 12/4/07 at 11:30 a.m. Defendant will remain in custody pending resolution of the detention hearing.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | cdh |
|---|---|---|