AC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case

USA v JOSHUA HINES                                         07CR773

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Joshua Hines

FILED
NOV 29 2007

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| SIGNATURE s/ | /s/ Helen Lee | HELEN J. KIM |
|---|---|---|
| FIRM | FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS | 55 E. MONROE, STE 2800 | |
| CITY/STATE/ZIP | CHICAGO  IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER | |
| 6243248 | (312) 621-8344 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | | |