# FINANCIAL AFFIDAVIT

CJA 23 (Rev 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____
FOR _____ AT _____

**FILED**
11-29-07
NOV 29 2007
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Joshua Hines

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: 07CR773
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
21 USC 841(a)(1)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____
THE SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ 3,000 / Caprice, 1995, Chevrolet

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 23

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
rent — $ 1175
car insurance — $ _____
utilities — $ 700
cell phone — $ 60-70
groceries — $ 200

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/29/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Joshua Hines