AO 442 (REV.3/92) Warrant for Arrest                                    AUSA Julie B. Ruder, (312) 886-1317

# UNITED STATES DISTRICT COURT

____NORTHERN____ DISTRICT OF _____ILLINOIS, EASTERN DIVISION_____

UNITED STATES OF AMERICA

v.                                                    **WARRANT FOR ARREST**

JOSHUA HINES

CASE NUMBER: 07 CR 773

To:    The United States Marshal
       and any Authorized United States Officer

       YOU ARE HEREBY COMMANDED to arrest  _Joshua Hines_____

                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment    ___Information    _X_Complaint    ___Order of court    ___Violation Notice    ___Probation Violation Petition

charging him or her with   (brief description of offense)

       knowingly and intentionally distributing a controlled substance, namely, in excess of 50 grams of mixtures containing
       cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title ___21___ United States Code, Section(s) __841(a)(1)_____

Jeffrey Cole
Name of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

November 26, 2007, Chicago, IL
Date and Location

F I L E D
12-3-07
DEC 3 2007

MICHAEL W. DOBBINS
by  CLERK, U.S. DISTRICT COURT
Name of Judicial Officer

| | RETURN | |
|---|---|---|
| | f the above-named defendant at | |
| DATE RECEIVED  11-26-07 | NAME AND TITLE OF ARRESTING OFFICER  Mark A. Ardw, ATF S/A | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  11-28-07 | | |