## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 773 | **DATE** | 12/4/2007 |
| **CASE TITLE** | USA vs. Joshua Hines | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion to detain the defendant pending trial is granted. Preliminary hearing waived. Enter a finding of probable cause. Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|