KC FILED
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 07 CR 773 |
| v. ) | Violation: Title 21, United |
| JOSHUA HINES ) | States Code, Section 841(a)(1) |

JUDGE NORGLE

MAGISTRATE JUDGE COLE

COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about May 4, 2007, at Aurora, in Kane County, in the Northern District of Illinois, Eastern Division, defendant,

JOSHUA HINES,

did knowingly and intentionally distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT TWO</u>

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 28, 2007, at Aurora, in Kane County, in the Northern District of Illinois, Eastern Division, defendant,

JOSHUA HINES,

did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, in excess of five grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY