Minute Order Form (rev. 4/99)

07 GJ 1061

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE NORGLE** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE COLE** |
|---|---|---|---|
| CASE NUMBER | 07 CR 0773 | DATE | DECEMBER 20, 2007 |
| CASE TITLE | US v. JOSHUA HINES | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

KC FILED
DEC 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices |
| No notices required. | | | Date docketed |
| Notices mailed by judge's staff. | | | Docketing dpty. initials |
| Notified counsel by telephone. | | | Date mailed notice |
| Docketing to mail notices | | | |
| Mail AO 450 form. | | | Mailing dpty. initials |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

DOCKET#