## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 773 | **DATE** | 1/11/2008 |
| **CASE TITLE** | United States of America vs. Joshua Hines | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of not guilty as to all counts. 16.1 conference to be held within 10 days. Pretrial motion are due on or before 2/15/2008. Status hearing is set for 2/15/2008 at 9:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | EF |
|---|---|---|