UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 773 |
| | ) | Hon. Charles R. Norgle, Sr. |
| JOSHUA HINES | ) | |

**JOINT MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and defendant Joshua Hines, by and through his attorney, HELEN J. KIM, respectfully submit this joint motion for early return of trial subpoenas. In support of their motion, the parties state:

1.  After reviewing the discovery provided by the government, defense counsel requested certain additional information. In order to obtain that information, the government needs to issue a subpoena. In addition, defense counsel wishes to subpoena certain information pertaining to defendant's criminal history.

2.  Counsel for both parties agree to entry of an order permitting early return of trial subpoenas. The parties agree to turn over to the other side whatever materials are collected through use of such subpoenas.

WHEREFORE, the parties jointly request that the Court permit both parties to serve trial subpoenas with early return dates. A draft Order is enclosed.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By:  s/ Julie B. Ruder
     JULIE B. RUDER
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 886-1317

     s/ Helen J. Kim
     HELEN J. KIM
     Federal Defender Program
     55 E. Monroe, Suite 2800
     Chicago, IL 60603
     (312) 621-8344

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

Joint Motion for Early Return of Trial Subpoenas

was served on January 31, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    s/ Julie B. Ruder
    JULIE B. RUDER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois
    (312) 886-1317