UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 773 |
| | ) | Hon. Charles R. Norgle, Sr. |
| JOSHUA HINES | ) | |

**<u>ORDER</u>**

On the parties' Joint Motion for Early Return of Trial Subpoenas, it is hereby ORDERED that both parties may serve trial subpoenas with early return dates.

Dated: _____          ENTERED:

_____
Hon. Charles R. Norgle, Sr.
U.S. District Court Judge