**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:07−cr−00773
                                                    Honorable Charles R. Norgle Sr.

Joshua Hines
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Charles R. Norgle Sras to Joshua Hines: Status hearing held on 2/15/2008. Status hearing and the deadline for filing pretrial motions continued to 3/21/2008 at 9:30 a.m. Time is excluded until 3/21/2008. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.