# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 773 | **DATE** | 4/18/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JOSHUA HINES | | |

**DOCKET ENTRY TEXT**

Status/change of plea hearing held. The defendant withdraws his plea of not guilty and enters a plea of guilty as to all counts. Defendant is informed of his rights. Judgment of guilty is entered on the plea. Case is referred to the probation department for a presentence investigation. Sentencing is set for July 18, 2008 at 9:30 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | EF |
|---|---|---|