IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 773 |
| v. | ) | |
| | ) | Judge Charles R. Norgle |
| JOSHUA HINES | ) | |

### AGREED ORDER

This matter being brought before this Court and all parties advised thereof and having no objection, IT IS HEREBY ORDERED that:

The sentencing date for defendant, Joshua Hines, presently scheduled for July 18, 2008, at 9:30 a.m. shall be stricken. His new sentencing date shall be August 20, 2008, at 10:00 a.m.

SO ORDERED:

_____
U.S. District Court Judge
Charles R. Norgle

DATE: 7-2-08