**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,    )
            Plaintiff,    )
                      )
        v.               )     No. 07 CR 773-1
                      )     Honorable Charles R. Norgle, Sr.
JOSHUA HINES,        )
            Defendant.    )

**EXHIBITS TO DEFENDANT HINE'S SENTENCING MEMORANDUM
<u>and REQUEST FOR MANDATORY MINIMUM SENTENCE</u>**

EXHIBIT A  Letter from Ann Hines

EXHIBIT B  Letter from Clark Hines

EXHIBIT C  Letter from Jantel Hines

EXHIBIT D  Letter from Jafael Hines

EXHIBIT E  Interview Summary of Jafael Hines

EXHIBIT F  Interview Summary with Jantel Hines

EXHIBIT G  Interview Summary of Joshua Hines

EXHIBIT H  Interview Summary of Kevia Thomas

EXHIBIT I  Letter from Kevia Thomas

EXHIBIT GROUP J       Letters from Pastor Tracy L. DeVolt, Sherette Johnson,
                             Shira Lishman, Minister Glenda DeKing, Harold
                             White, Minister Lillie Harden, Tra cy Grimes, and
                             Evelyn Grimes

EXHIBIT K  Letter from Clifton and Brandi Grimes

EXHIBIT L   Integrative Summary by Deresha Gibson, Loyola University M.S.W.
Intern at the Federal Defender Program

EXHIBIT M  Statement of Rights Waiver and Waiver

EXHIBIT N  Illinois State Police Report

EXHIBIT O  Letter from Joshua Hines

EXHIBIT P   ACE Certificate of Participation

# EXHIBIT A

# Letter from Ann Hines

June 16, 08

Honorable Judge ████

My Name Is Ann Hines
Joshua Hines Is My Son.
Your Honor I'm Writing On
Behalf of My Grandkids too.
My Son, in my eyes is a
Very Loving, Caring and giving
Young Man, Please Bear With
Me As I Ask God to give
Me the Correct Words As I
Write this Letter to You
My Son took My Place and
His Father's Place when he
took On the role of raising
his Sister, My Daughter. So
that She Wouldn't Be put
into the System. And your honor
Because of My Bad choice's
I Made I Was going in and
Out of Jail, Until Finally I
ended up in Prison Not once
But twice. My Son Did his
best your Honor to Make Sure

that My Daughter had Food
to Eat and clothes to Wear
he Is the Most honest Son
You Would Ever Want to Meet.
Please your Honor I'm Asking
you, Please With All Due Respect
IF All possible, Please Don't
Send My Son Far Away, So that
Me, My Daughter, his Kids Could
Still Be able to Come And
Visit Him Please With All Due
Respect. Please your Honor Let
Me And My Grandkids Still Be
able to See My Son their Father
they Love Him Dearly And your
Honor Since He Has Been Locked
up at the MCC Building His
Kids Come Faithfully Every 2weeks
they talk About their Father
Joshua Hines All the time.
Your Honor He Is A Very
Good young Man He Just
Made a Bad Choice, Please
your Honor give Him and Myself
And His Kids Another Chance.

Please Your Honor, Give Him Another chance, By leaving Him here In Illinios, so that He May Still be given a chance to Watch His Kids a chance to grow up he pretty Much grew up without a Father. Please Let him Still Be Some what a part of His Kids Life Please Keep him here in Illinios Not Far Please Your Honor. May God bless And Keep you. thank you For taking time Out to Read My Letter, thank-you!

Thank-You

Ann Haines

# EXHIBIT B

# Letter from Clark Hines

I 'am writing to whom it may concern. My son Joshua Jerow James is in your custody. And I 'am writing on behalf of him Joshua is a good son to me, his father and to his mother. And James Your Honor Joshua is truly at fault But Me and his Mother truly are at Blane while we were raising Joshua We were both taking drugs and doing what we wanted to do We did not put our kids at best intrest because we were doing all kinds of worldly things when we should have been taking care of the family & the family business. So I 'am askin the courts to please understand Joshua's situation and please try to understand that truly if Me & My ex wife would have been taking care of business Maybe Joshua would not be in this situation so you see I take full responsibilty and I 'am writing to tell you that Me and My ex are fully responsible for Joshua situation and I beg of you & the courts to have mercy on my son in the name of Jesus Amen

Signed Clark A James Jr

# EXHIBIT C

# Letter from Jantel Hines

July 30, 2008

Dear Honorable Judge Norgle,

I would like to ask you to keep my brother Joshua Hines in close proximity to home and also if you could be lenient on his time given to serve while incarceration. I am Joshua's little and only sister that he has. He means the world to me. I don't consider him my brother; he is more of my father figure. He has always been there for me since I can remember.

When I was in kindergarten I remember Joshua doing my hair because my parents weren't around and I had to go to school that day. I had to be at school earlier than him so it worked out okay. Till this day I still remember that and I will never forget it. Growing up my two older brothers and I had a rough life. I think that I had it the easiest considering that I had a loving, caring brother who was willing to take me in and care for me as his own child. Growing up my siblings and I had parents who weren't always around for us. My mom was in out of jail and currently just got out in February. She also is a recovering addict. My father is also a recovering addict. I love my mom to death because although she wasn't always there, when she was she did what she could. My father is a different subject. He has no patience and he believes that the reason we resent him at times is my mothers fault, but it isn't. He hasn't really been there for me throughout my life and it used to hurt but it has no effect on me now. I feel like he should have stepped up and been a man and a father that he should have been to us but he didn't. Joshua took control and cared for me.

While I am typing this letter I am crying because I miss my brother soooooooooo much. He means the world to me. I love him more than I love myself. I look up to him in so many ways. He possesses many great qualities. He is kind, generous, caring, brave, courageous, and many more great things. Joshua has done many great things. Including taking me into his house when I was about nine or ten. He is the reason why I have so many goals I do now and why I am so great at school. Joshua made sure that when I came home I did my homework before I did anything else. He made sure that I always had food to eat, clothes on my back, a roof over my hood, and was secure. He always told me to go to school, get good grades, go to college and then I could have a boyfriend. It used to make me laugh so hard, but I believe in that know. Boys are trouble and he only wants to make sure that I make the right decisions.

He also has a child that isn't biologically his but he considers him his and does everything for him. It takes a big man and person to take in a child that isn't yours and care for it as if it's yours. I look up to him and bow down to him for doing this and I consider that child my nephew and always will. I miss my brother so much and it hurts. There isn't one day that goes by and I don't think about him. I haven't seen him since November. Not once have I been able to visit him yet. I can tell that have changed since he has been gone. I once used to be a happy, talkative, spunky young girl but I now find myself wanting to be alone at times and my family and friends can tell the friends.

I want my brother back.  I want him to walk me down the aisle when I get married; I want him to be at my senior graduation. I'm going to have the most important person in my life miss out on some of the most important things in my life. All I can do is leave it up to GOD, pray, and have the faith that everything goes great. Judge Norgle, I hope you can understand the pain I'm going through and understand where I'm coming from. I thank you for your time.

Sincerely

Jantel Hines

# EXHIBIT D

# Letter from Jafael Hines

Judge, your honor

I'm writing you on behalf of my brother, Joshua Jerow Hines. I'm writing you this letter on behalf of a boy who became a man before his time. A man that was a boy, had to find food to eat, a place to lay his head. A boy that had parents, but weren't there in that critical time in his life. It's ironic that drugs have been the destruction of are family, my parents are the seeds of this demon, to see my little brother lose part of his life for it. For the last 5 years, financially and even before that, my little brother was my little sister's mom and dad. I remember when we were younger, and Joshua would do my little sister's hair and to my surprise he did a good job, a real good job. I never told him, but after I saw him take the time to do that at 12 years old, I looked up to him. That's all that it's been is us, me Joshua and Jantel. I know that my brother has broken the law and for that, the law requires him to be punished. I also understand the guidelines of which you must follow and I know that it is up to you, your honor to decide my brother's faith. I know that you have seen many people in front of you that have done really bad things, but my brother, to me is much more different than all those others and I think you see that in him and from all the family and friends that have attended his court dates.

My brother is a father, a uncle, a nephew, a cousin and a friend to all that have shown him respect because he always gives it. I know that my brother has been charged with the crime of selling drugs, but he's not a drug dealer. His cards were dealt to ~~no~~ him, but he couldn't see them. He knew what he was doing wasn't right, but his kids were clothed and feed, had somewhere to lay ~~there~~ their heads. My niece and nephew saw that mommy and daddy are together. And that's all Josh wanted at the end ~~the~~ of the day, not to have his kids go threw what we went threw. And like I said, he knew what he was doing was wrong, but he ~~blinded~~ was blinded ~~by~~ by the happiness of his children. My brother was on his way to doing something positive with his life, but it fell short, maybe even 10 years short. My brother isn't happy that he's locked in a cage, but who would be? He understands that this is teaching him a lesson, a hard one. My brother has been taking care of my sister for the last 5 years financially, maybe even longer, he was the ~~one~~ one that bought her school clothes, school supplies, paid for doctor visits, everything that a parent is suppose to do for their child, he did for my sister. My mom has been on drugs since I was 9 years old, for Josh, even younger. My dad was there, but he wasn't there,

So I guess at a young age, Joshua said to himself he wouldn't put his children threw that, no matter what, not knowing what the consequences could be if you're not doing it right. Now that my brother is gone, I have to be a father to his children and to my sister. Your honor, my brother is a good man, he just was doing something wrong to make everything right in his life. So sir, I ask you to please let my brother live, please give my brother the least years you can give him and please keep him close to his family, but most importantly his children. Thank you

Jafeal Jammal Hine.

Jafeal Hines

# EXHIBIT E

# Interview Summary of Jafael Hines

# FEDERAL DEFENDER PROGRAM

*UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*

**55 E. MONROE STREET · SUITE 2800**
**CHICAGO, ILLINOIS 60603**

**PHONE 312.621.8300**
**FAX 312.621.8399**



TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

# INTERVIEW SUMMARY

**To:** Helen J. Kim, Staff Attorney

**From:** Deresha Gibson, M.S.W. Intern

**Re:** Phone Interview with Jafeal Hines, on 21 May 2008

**Date of Report:** 21 May 2008

---

**Time and Place:** At 9:02 a.m., I placed a call to Jafeal Hines, the brother of Joshua Hines, from my office at the Federal Defender Program. Jafeal Hines was at his home, located in Maywood, Illinois. When I initially called, Jafeal's wife answered and said he was unavailable. When I explained who I was she asked me to hold on and he came to the phone. The interview ended at 9:22 a.m.

**Content of Interview**
Jafeal is the older brother to Joshua Hines and he is 28 years old. He is married and has one child. He lives in Maywood, Illinois. Jafeal is employed as a machine operator at Pepperidge Farms in Downers Grove, Illinois. He has had this position since 2005.

Jafeal remembers his childhood as being very difficult. This was primarily due to the unstable living situation that he and his siblings were in because of their mother and father's drug use. The family moved around a lot, and often stayed one place than another. Sometimes they lived with their grandparents, and other times, it was with aunts and uncles.
Their mother worked, but did not use the money to provide for the family. After the birth of Jantel, the youngest sibling, his mother stopped working completely. According to Jafeal, this meant she would find other means to support her habit. He remarked, "My mom was the biggest problem. She would be missing for 3-4 days at a time." His mom was in prison twice and was most recently released in March 2008.

Although their father worked, Jafeal reports that he soon became addicted to drugs also and was not able to provide for his family. Jafeal said, "Our dad was like superman to us, and for him to fall prey to drugs, we lost a lot of respect for him." Jafeal speaks with his parents and loves them because they are his parents, but he says he keeps their conversations short. He also has a stronger forgiveness for his mother than his father.

Jafeal moved in with his Godparents when he was 15. His parents separated when he was 16-17 years old, and things became worse for Joshua and Jantel at that time. During that time, Joshua was left with no guidance. When Joshua was 12-13 years old, he stopped going to school and had no stable place to live. He stayed with friends or relatives, but he was never provided any structure or parental authority. This is when, Jafeal believes, Joshua's troubles began. At this time, Jantel was still living with her mother on and off. Jafeal believes his ability to live with his Godparents helped him stay out of trouble. He had a stable home that with responsible parental direction and structure. The same cannot be said for Joshua.

Joshua began taking care of Jantel full-time when he was 16-17 years old until his arrest. He was the sole provider for her and did a good job. Jafeal says he is not mad at Joshua for the situation he is in, but believes their family life played a large role in where he is today and how he ended up that way. Jafeal said, "I'm not saying our situation as children caused him to do what he did – Joshua is a grown man, but it definitely played a role in it." Although Jafeal encouraged Joshua to make money legitimately, he also understands why it was hard for Joshua to stop doing what he was doing when there were few other options available for him to make as much money.

Deresha Gibson, M.S.W. Intern

2

# EXHIBIT F

# Interview Summary with Jantel Hines

# FEDERAL DEFENDER PROGRAM

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

**55 E. MONROE STREET - SUITE 2800**
**CHICAGO, ILLINOIS 60603**

**PHONE 312.621.8300**
**FAX 312.621.8399**



**TERENCE F. MacCARTHY**
*EXECUTIVE DIRECTOR*

**CAROL A. BROOK**
*DEPUTY DIRECTOR*

**JOHN F. MURPHY**
*CHIEF TRIAL ATTORNEY*

**LOIS K. WAGNER**
*ADMINISTRATIVE OFFICER*

## INTERVIEW SUMMARY

**To:** Helen J. Kim, Staff Attorney

**From:** Deresha Gibson, M.S.W. Intern

**Re:** Interview with Jantel Hines on 16 June 2008 and 21 July 2008

**Date of Report:** 22 July 2008

**Time and Place**
On Monday, June 16, 2008, at 2:11 p.m. I placed a call to Jantel Hines, sister of Joshua Hines, from my office at the Federal Defender Program.  On Monday, July 21, 2008, I interviewed Jantel Hines at her aunt's home in Oswego, IL.

**Content of Interview**
Jantel Jana Hines is 16 years old and was born 9/8/1991. She currently lives in Oswego, IL with her maternal aunt, Stacie White, but lived with her brother Joshua Hines, prior to his arrest. Jantel will be a junior this fall at West Aurora High School. She currently has a 3.4 GPA. Her favorite subject is math. She is involved in the Multicultural Club and on the National Honor Society for Spanish. Jantel would like to attend Spelman College and major in either accounting or law. She was recently hired at Jewel grocery store and will start soon.

Jantel had been living with Joshua since she was 9-10 years old.  She said her mother was "in the streets" at the time, and her father was working nights and addicted to drugs.  She has a relationship with her mother and now they talk often. Her relationship with her father is strained, however, primarily because she does not think he did nor is doing enough to help her, past and present. In the past, for example, she said her mother would steal in order to make sure she had food to eat.  By contrast, her dad did not try to go out of his way to help out.  Her father continues to disappoint her today and does not follow through with doing what he says he will do.

1

Jantel says that Joshua has been more like "a mother and a father" to her than a brother. When she was younger, he was the person to comb her hair and make sure she got on the bus for school. He made sure she had food to eat and protected her from what her parents were doing. As Jantel grew older, it was Joshua who remained the constant stable force in her life. He made sure she had clothes to wear, made sure she did well in school, did her homework, and understood her parent's situation. He would take her shopping, on family outings, and he made sure she had rules and structure. Joshua told her to stay focused in school, "no boys until college," no distractions, no drugs, and don't ever do what their parents have done. He would drop her off and pick her up from her outings with friends, and tell her to stay focused. He always told her that she knows right from wrong and should do the right thing. She said because Joshua took care of her, she was able to "get through life" because she "had no parents."

Jantel said that she knew Joshua was involved in some illegal activity but also knows that Joshua wanted to stop what he was doing. She stated that he told her, "I don't want to do this" at times that he was under the pressure of feeling a lot of responsibility. She states he was the only one working in the household and was responsible for himself, her, his children, Kevia, and he also paid all of the bills. She recounted how the summer before his arrest, she often saw Joshua "stressed" and he could not sleep. She believed it was because of his anxiety over bills and the family. She expressed some remorse and guilt over her own contribution to his stress because she would ask him for things that she needed, knowing that he would likely not say no to her.

Jantel said that Joshua never put her or his children at risk and did not expose them to any drugs. She said that Joshua would be home and present whenever he was needed, and would go out at night to "do his thing" when it was necessary. She stated she never saw drugs in the home and Joshua never brought any drug associates around the family or into the house.

Jantel described Joshua as, "a remarkable person and my inspiration." If it wasn't for him, she says she is not sure what would have happened to her. She believes he sacrificed a lot to make sure she was taken care of, and despite things being tough, he never abandoned her. She is aware that Joshua will miss her graduation in 2010, and other important times in her life, but she says she will cope with it and she knows he will be out one day and that is what keeps her going. She said maybe his arrest was for the best so he can change his life around.

Deresha Gibson, M.S.W. Intern

# EXHIBIT G

# Interview Summary of Joshua Hines

# FEDERAL DEFENDER PROGRAM

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

**55 E. MONROE STREET - SUITE 2800**
**CHICAGO, ILLINOIS 60603**

**PHONE 312.621.8300**
**FAX 312.621.8399**



TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

## INTERVIEW SUMMARY

**To:** Helen Kim, Staff Attorney

**From:** Deresha Gibson, M.S.W. Intern

**Re:** Interview of Joshua Hines on July 2, 2008

**Date of Report:** July 2, 2008

---

**Time and Place**
On Wednesday, July 2, 2008, I interviewed Joshua Hines at the Metropolitan Correctional Center. The interview began at 9:20 a.m., and ended at 10:35 a.m. Only Joshua Hines and myself were present for the interview.

**Content of Interview**
Joshua Jerow Hines is 24 years old and was born December 13, 1983, to Ann and Clark Hines. He has an older brother and a younger sister. He has lived in Aurora and Maywood, IL. Joshua has two children, a son, Jamarius and a daughter, Janiya

Joshua remembers his childhood as a chaotic one. Things seemed to be okay for the first 5-6 years of his life, but when he was 7-8 years old, something changed. Although Joshua's father had a job with the post office, his mother was not working and the family was struggling. At the time, the family was living in Maywood, IL. The electricity and water would be disconnected for 2-3 months at a time. When Clark would get paid, he and Joshua's mother would use the money for drugs; when all the money was gone, Ann would leave. The family moved to Aurora and things did not change. Joshua's mom would be missing for weeks at a time and then re-appear. At that time, Joshua's older brother moved to live with his Godmother while Joshua was left to take care of himself and his younger siste, Jantel. Joshua's father worked the third shift and Joshua was afraid to leave Jantel because he was afraid his father would fall asleep and something would happen to her.

1

Joshua missed a lot of school during this time, and eventually, he stopped going altogether. In his early teens, the family lost their apartment and Joshua, his mother and sister, moved in with his maternal grandmother. Joshua's father moved to Maywood, IL.

At the age of 14, Joshua left his grandmother's house and began living on his own. He stayed with friends or relatives, but did not have a stable place to stay. His sister was living with relatives and his mother continued to use drugs. It was at this time that Joshua states he began living the "fast life." Friends and older associates in his neighborhood showed him a way to make fast money and he stated no one was there to guide him in another direction.

Joshua got his first apartment when he was 16, and he has maintained a place to live and lived independently since then. He has been the primary caregiver for his sister, Jantel, since he was 19 years old. Yet he was financially supporting her since he was in his teens because his parents were not. Joshua's father was incapable of meeting her needs due to his addiction so during this time, Joshua made sure Jantel attended school and kept her grades up. Jantel is currently living with her maternal aunt.

Joshua has a lot of love and respect for his parents in spite of them not being there for him when he was a child. Joshua described times when he would physically go to get his mother out of crack houses, then take her home after not seeing her for a week. She would come home and stay for a while, but then disappear again. Currently, Joshua says his mom is doing really well after being released from prison. She is not using drugs and is trying to do better this time around. He said his father is also doing well and abstaining from drugs. Joshua believes his current relationship with his parents is a good one, and they write each other often. Joshua says he does have a lot of "what ifs" about his parents. He wonders if he would be in the position he is in if they stuck around and been the responsible parents they should have been.

Joshua and his brother, Jafeal, who is three years older then him, have a very good relationship. Joshua feels Jafeal was able to make it out of their chaotic home situation because he went to live with his Godmother. Jafeal was able to finish high school and attend college. Joshua says Jafeal is very supportive and promises to help him once he gets out of prison.

Joshua and his girlfriend Kevia have known each other since seventh grade. They have been in a relationship for about 7-8 years. Joshua reports that Kevia also had a rough childhood. She is from a family of 11 children that never really had what they needed. Joshua and Kevia really bonded when she was pregnant with Jamarius. Jamarius' father would not acknowledge that the child Kevia was pregnant with was his, so Joshua stepped in. He was with Kevia when she delivered the baby, cut his umbilical cord, and bought everything that was needed for the baby to come home. Joshua is the only father Jamarius has ever known. Kevia and Joshua have a daughter together named Janiya. Joshua always made sure that Kevia and the kids, and his sister, were taken care of, he paid the the bills and ensured that they had their necessities.

2

When asked about childhood role models, Joshua said he did not have any. The only people he wanted to emulate were the people he was associated with on the street because that was his measure of success at the time. These people also made up his social network. There were no other consistent adults in his life at the time to show him a different picture of success. Joshua admits he was ignorant about the severity of the consequences for his actions.

Although he had been arrested a number of times for traffic violations and once for a drug offense, he usually bonded out quickly and did not ever serve time. He admits he did not appreciate the gravity of his actions.

Joshua's goals are to obtain his GED and become a licensed barber. His maternal aunt owns a hair salon and he says he will be able to work with her once he gets his barbers license. Joshua says that he will never be in trouble again and will not go back to the life he once lived. He wants to be a father and take care of his children. He knows he needs to be there for them, because he had parents that were not there and it has directly impacted his life.

Deresha Gibson, M..S.W. Intern

3

# EXHIBIT H

# Interview Summary of Kevia Thomas

# FEDERAL DEFENDER PROGRAM

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

**55 E. MONROE STREET · SUITE 2800**
**CHICAGO, ILLINOIS 60603**

**PHONE 312.621.8300**
**FAX 312.621.8399**



TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

## INTERVIEW SUMMARY

**To:** Helen J. Kim, Staff Attorney

**From:** Deresha Gibson, M.S.W. Intern

**Re:** Interview of Kevia Thomas on 21 May 2008 and 30 May 2008

**Date of Report:** 30 May 2008

---

**Time and Place**
On May 21, 2008, at 1:02 p.m., I placed a call to Kevia Thomas, the girlfriend of Joshua Hines from my office at the Federal Defender Program. Kevia Thomas was at her home in Aurora, IL. The phone call lasted until 1:12 p.m.

I also interviewed Kevia Thoms on Friday, May 30, 2008, from approximately 9:52 a.m. until 11:04 a.m., at her home in Aurora, IL. The only people present for this interview were Kevia Thomas, myself and her daughter that would come into the room intermittently. Her son was also home, but he stayed in the dining room.

**Content of Interview**
Kevia Jonet Thomas was born May 21, 1982, and is 26 years old. She has two children, Jamarius (6) and Janiya (5) that live with her. She is the sixth child in a family of eleven (seven sisters and three brothers). Her parents and siblings all live in the Aurora area. She has lived in Aurora her entire life and at her current address for about a year.

Kevia stopped going to high school in tenth grade because things were hard and she felt she had no support at home. At the time, she was living with her siblings, parent and grandparents, in a 4-bedroom home. Because of the large family, very little individual attention was devoted to the children. Her parents told her to go back to school, but without support and encouragement, she gave up.

1

Kevia moved in with her sister when she was 17 and has been living on her own since she was 18 when she got her first apartment. It was during this time that she and Joshua became closer, though they have known each other since they were teenagers in their old neighborhood. She believes they were great friends before they started dating, and this helped make their relationship successful.

At the time, Kevia was pregnant and Joshua stepped in to help her with her child. He was there when the baby was born and made sure Jamarius had everything he needed when he came home. Kevia said, "If it wasn't for Josh, Jamarius wouldn't have had anything when he came home from the hospital." Although Joshua is not Jamarius's biological father, he has never behaved as anything but a father. Kevia thinks there will come a time when Jamarius will have to know the truth. Joshua does not want anyone to tell Jamarius anything he does not want Jamarius to feel unloved or rejected.

Before Joshua's arrest, Kevia was attending Waubonsee Community College to earn her GED and get an associates degree in medical billing/coding. She was not working. She is also interested in taking CNA classes but had to stop attending school after Joshua's arrest. Instead she began working two jobs, at Home Depot and the Children's Place, and says she has very little support with her children due to Joshua's absence. She eventually quit her job at Children's Place and is now only working at Home Depot part-time. She plans to re enroll in school very soon. Kevia has also worked at Nine West, Heritage Woods of Batavia (retirement home) and Genie's Terrace (retirement home).

Kevia is very stressed when thinking about Joshua's incarceration, absence in her life and her children's life. She said she did not know the extent of Joshua's activities, but she said that she believes he would never do anything to jeopardize her or the kids. Prior to him being arrested, Kevia said Joshua told her, "This ain't me anymore, I want to go to barber school and get my license, and want to see my kids grow up and, I don't want to be locked away." Kevia says she didn't understand at the time what he meant exactly, but after his arrest, she understood.

Kevia may have to move in with her sister next month because she is unable to pay her bills with her income. Her family has been helping her out for a few months, but she knows that she may have to move soon. She is hoping her section 8 housing comes through. When Joshua was home, she at least had someone to share her problems with. They struggled together to make ends meet and lived day by day. Their water was disconnected a few times, but they worked together to get it back on.

The impact Joshua's absence has on the kids is most stressful for Kevia. She says, "They love him to death." Joshua was always there for the kids and his absence is like a big void. Jamarius is used to him being around to play with him and talk to him. There are times now that Jamarius is resistant to talking with Kevia or her touching him.

According to Kevia, Joshua explained to them that they may be 16 and 17 years old by the time he comes home, and they asked why. He told them he did something wrong. They ask if they can get a dog when he does come home, and Janiya asks if he will be there when she goes to kindergarten. Kevia says the kids no longer sleep in their bedroom upstairs because they are used to Joshua coming in and saying goodnight to them and being upstairs with them. They constantly count the days until they are going to visit him. Whenever the kids go and visit, Joshua tells them, "Listen to your mom, listen to your teachers, do good in school and don't get into trouble."

Kevia reminds the kids that you get what you need in life, not always what you want. When Joshua was home, he made sure the kids had everything they needed and more. She says he did not want them to want for anything like he did as a child. Joshua's life was very hard growing up. He was left in crack houses on occasions, and had to do things for himself and his siblings at an early age. There were days he went without eating as a child. This was something he did not want his kids to experience.

Kevia stated that Joshua's parents were not available when he was a child. His mother was addicted to crack and his father was using heroin. In spite of their difficulties, Joshua loves his parents, but they never taught him about life and growing up, he had to learn from the streets. This is something he teaches his kids. He talks to them about life and growing up, and makes sure he tells him he loves them. Kevia says this bond is something that she nor Joshua had with their parents, but are trying to change with their children. At one point Joshua's mom came to live with them, but she kept using drugs and they had to let her go. Joshua's mother and father have contacted Kevia and said they would help her while Joshua is away, but she is skeptical. She doesn't think they are really trying to do anything.

Joshua has been responsible for his sister Jantel since she was in elementary because his parents were not around and provided very little emotional or financial support. Jantel really looks up to Joshua as a father figure. He encouraged her to do well in school, keep her grades up and taught her about boys. Kevia credits Jantel's progress in school to Joshua supporting her and keeping her on the right track.

Kevia thinks about the years that will go by while Joshua is away and says it often hits her really hard because she and the children are used to him always being around. With him being away she misses his emotional support, his support as a caregiver for the kids and someone to help her so she can also reach her goals. She is now functioning as a single parent and things are difficult. While she is working, it is hard to get someone to watch her kids and she often has to leave work to pick them up from school. She hopes that when Joshua is sentenced he is not moved too far away so the kids will still be able to see him. They plan to get married when he is released. Kevia described Joshua as a good, kind hearted person that always gives to others. She said he is a good father and a good friend.

Deresha Gibson, M.S.W. Intern

3

# EXHIBIT I

# Letter from Kevia Thomas

To whom it may concern

Everyone struggles in Life but you have those who struggles more then others. For some people life is not perfect and they do what they have to do in order to make it wether it right or wrong.

Josh had hard time growing up and he did not want the same life for his family. He always made sure my kids and I had a roof over our head, food on the table, and clothes on our back. Everything he did, he did it out of love. I admire Josh for all the wounderful things he has done. Josh is not my son biological father but to me and my son Josh is the only father he will know and love. From the time that I was carrying Jamarius in my stomach, the complication with the delivery and the birth and know, Josh has been through it all with me. Josh help me when I wasn't prepared to bring Jamarius home. He took care of my son as

if He was his own and hasn't stopped
A year later we had our Daughter
Ja'Niya who is Daddys little girl.
The kids look up to their father,
he is a good father, they miss him
very much. I know he misses them.
They are each other world, they
listen to him. Josh would help
them with there homework, he taught
them how to write there name, their
ABC and 123 he even use to read to
them at night and thats something
they really miss. I know that
being in Jamarius life and having
Ja'Niya made him a father but
taking care of them made him a
Man.       It's hard for me to write
this because I miss Josh so much.
when I visit him we talk about us,
we talk about the kids. We also talk
about how he doesn't want to spend
so much time locked up because he
doesn't want to miss out on the kids
growing up, he doesn't want to miss
any part of their life.
    Josh is a kind person, with a good

heart. Josh will do anything, Especially for family. Josh takes care of his young sister. He provided for her, took her in under his roof when his mom was in/out of jail and his dad just wasn't there. Josh took on the Responsibility when others would not, because he felt like he had to, because thats the person he is.

There has been many times when Josh has help my family out like I "said", Josh had alot of struggles in life, what my family was going through was a struggle and I know they are very thankful and I thankful for somebody like Josh, whether it's a ride to the store, a loan to pay a bill, or help but food on the table Josh never "said" no. He would give up his last dollars if it made another person happy.

See people look at you and judge and punish all the bad you do in life and they sometimes over look the good. Everyone deserves a second chance. Josh deserves a



Second Chance, for all the good
that he has done in the lives
of the people he care about
He deserves a Blessing

Sincerely,
Kevia Thomas

# EXHIBIT GROUP J

**Letters from Pastor Tracy L. DeVolt, Sherette Johnson, Shira Lishman, Minister Glenda DeKing, Harold White, Minister Lillie Harden, Tracy Grimes, and Evelyn Grimes**

July 11, 2008

Honorable Judge Norgle

Dear Honorable Judge Norgle:

SUBJECT: JOSHUA HINES

I certainly hope this letter finds you well, Judge Norgle. My name is Pastor Tracy L. De Volt and the purpose of this missive is to ask for favor and leniency for Joshua Hines. I have known Joshua all his life. Our families, his grandparents, my parents and all children, have been close friends for more than 40 years. I knew Joshua in his infancy until now and he is a very caring and loving young man. Joshie, as I have always called him, has had to do what no child should ever have to do, Judge. He had to rear himself.

Joshua's mother, Ann, and his father, Clark are both habitual drug users who could or would not take responsibility for their 3 children. Joshua, at the age of 8 or 9, basically had to fend for himself in an environment of neglect, verbal/physical abuse and drug addiction. This environment, along with no responsible parental oversight, shaped Joshua into the young man you have standing before you know. He has done what his environment dictated in order to survive. But what you see is not all there is to see at all, Judge Norgle.

Joshua is a loving father to his beautiful children. He is a loving brother/father to his younger sister, whom he has taken as his responsibility and she is currently, due to Joshua's guidance, an honor role student at West Aurora High School in Aurora, IL. Joshua is also a very caring and supportive son to his mother, whom has recently been released from prison. He is a wonderful nephew, cousin and friend to many people who truly need him and whom he truly needs as well. I make no excuse for Joshua's activities which have not been very noble, but certainly noble is his desire to care and maintain his family.

Judge Norgle, I am asking you to please find it in your heart as much leniency and favor as you possibly can and allow Joshua Hines to remain as close to his family while serving his sentence. I truly believe this will aide in the total rehabilitation of this young man's life. And as you and I know Judge Norgle, every young life, no matter how tainted and tattered it begins, is crucially important to the future of our families, communities and our nation.

Thank you for hearing my heart on this matter and I will be praying for you in your decision making process. Feel free to call me at my home office: 630-801-1020, if you have any questions at all for me. I am at your disposal in this matter.

And may God bless you, Judge Norgle.

Respectfully yours,



Pastor Tracy L. De Volt
Associate Pastor,
Progressive Life Giving Word Cathedral, Hillside IL

TLD

522 N. VIEW STREET
AURORA, IL  60506

July 15, 2008

To the Honorable Judge Norgle

First of all I want to start out by saying that I pray this letter that I am writing demonstrating the character of Joshua Hines brings leniency upon your heart. My name is Sherette Johnson and I am Joshua's twenty-one year old cousin. I never looked to Josh as my older cousin, but as my big brother. This is why I felt and still feel devastation when I think about where my "big brother" is. Not only is this devastating to me, but also to my family and those around us as well. While writing this letter there are a couple of stories that come to mind. I remember this one time where Josh was baby-sitting his sister Jantel, my niece Skye, and me. We all needed our hair done because we wanted Josh to take us to the park. Even though I was only a couple of years younger then him I still wasn't old enough to do my own hair, my "big brother" Josh took it upon himself to do all of our hair, and it really looked good, well I should say presentable! At that time, that situation seemed so funny, and even to this day my family and I still find it funny, but this is just one of the many examples of Josh showing love, care, responsibility, and also concern.  Showing love, care, responsibility, and concern was not unusual and is very typical of my cousin. Another way he exemplified these traits was by being a family man, and supporting a family at such a young

age. I was and I am still proud of my cousin for taking on these responsibilities, for not only taking care of his daughter, Janiya, but also for taking care of his girlfriend's son, Jamarrius, since birth. There are men out in this world today that don't even support there own child, but Josh made it a point to take care of this young child by taking him in, and calling him his own son. If you were to ask him how many children he has, he will proudly tell you that he has two children. Josh did not even stop there. No, he went further and took care of his sixteen year old sister, Jantel. Jantel is a smart responsible, and even an honor student. I truly believe that she is this way due to her being raised by Josh. It hurts my heart to see my little cousin Jantel so hurt that her brother/parent is gone. Josh was Jantel's inspiration to keep moving forward and to keep her head up. They have had a hard childhood, and despite of all the commotion that surfaced around them, he still did his best to provide her with a different experience then what he had at her age. Even though he is only twenty-four years old, and is still young, I can already say that he has raised an intelligent, respectable, strong, young woman. There is so much more I can tell you about my charismatic cousin Josh, but I fell that this gives you a brief outline of Joshua Hines, a young man that I am proud to say is my cousin. As I said in the beginning of this letter, please Judge Norgle, be lenient and keep Joshua around his home so we may continue visiting him to support and encourage him along this troubling time.

Sincerely,

Sherette Johnson

July 20, 2008


Dear Honorable Judge Norgle,

I want to start out by saying thank you for taking valuable time out of your busy schedule to read my letter. I would like to share with you precious memories of my cousin, whom I consider to be my baby brother. He was with my mother a lot growing up. When we were kids I can remember Joshua being so animated and full of life. He was always trying new things, and would be the first to take the dare. Everyone also saw the affectionate side of him as well, no wonder why he was my grandmother's favorite (and that's no lie). At first glance you wouldn't guess, but he was very domestic at a young age.  He would mix some concoction he made up as starch, and ironed my school clothes on the night he stayed over my house. He used to comb his sister's hair, and I even remember him baking a lemon cake on one occasion. Like we sometimes say those were the days before we grew up and things sometimes got complicated. I know he loved staying with us because I can even remember going to what now I know was a crack house with Joshua's mother. Joshua and I sat in some stranger's living room while his mother and that person disappeared to a back room. I never told my mom because I didn't know any better at the time. It's no telling what else he had to endure by himself a t the hands of his parents. His mom and dad never had a stable place, always moving. He used to stay out all night because his parents wouldn't be home and to supervise him. When they were home they slept a lot. I know this is how he learned to be so domestic. Coming from a background where there is no authority the street life comes easy to him. It amazes me how someone so young, that had addicts for parents managed to first, get his mental state together in order to raise his younger sister (mind you he has an older brother). Also have a heart to raise his girlfriend's child as his own. Your honor I miss having family dinners and cookouts at his house. I

know he was so into family because he didn't have that from his parents growing up. It's extremely hard for me to know my cousin is locked up because he is so vibrant and full of life. When I first heard the news I cried out to GOD. We all have to travel our own journey, and even though we try to protect the ones we love, they sometimes wander off onto the wrong path. I pray whole heartedly that sentencing is lenient on my cousin. It would also be a blessing to me and my family if he is housed close to home. As human beings our spirit dies, and that flame in our soul flickers in and out when we don't have our loved ones close by to love on us and support us. Once again thank you Judge Norgle for taking time.

Sincerely,

Shira Lishman

## Minister Glenda DeKing

201 N. Lincolnway
North Aurora, IL  60542
Phone (630) 859-1975
Fax (630) 859-3449
dekingsqueen@yahoo.com

June 17, 2008

Federal Defender Program
55 E. Monroe, Suite 2800
Chicago, IL  60603

Dear Judge,

This letter is being written on behalf of Joshua Hines. I have known this young man since 1999 and have grown to love him. He is a loving and caring family man, who has made the wrong decisions. I ask on behalf of the family that upon sentencing, that you would have mercy and place him close to home, allowing him more visits from his perspective spouse and children, as well as other members of the family. As you know it is important to have family support at such a time as this. I have spoken to and received letters from Joshua and he has realizes his mistakes and is truly sorry.

Sincerely,
Glenda DeKing

Harold G. White, III
446 Burr Oak Drive
Oswego, IL. 60543

July 12, 2008

Dear Judge Norgle:

I'm writing this character reference letter on behalf of Joshua Hines and his family. I have had the pleasure of knowing Joshua Hines for over 15 years while being married to his mother's sister.

For as long as I can remember Joshua always had a smile on his face and treated everyone with Love, Respect and Kindness. He always had a big heart and a great personality.

Unfortunately, Joshua, his older brother Jafeal, and his younger sister Jantel did not have the ideal home environment. Both parents suffered from drug addiction which brought on numerous incarnations involving Joshua's mother, the father losing his job and leaving home. Joshua's parents eventually filed for divorce and caused Joshua, his older brother Jafeal, and his baby sister Jantel to live on their own. Obviously, this brought on undue financial hardship and a dysfunctional home environment for Joshua and the rest of his siblings.

By the time Joshua had reach age 14 he suddenly found himself financially responsible for being the caretaker for both his Mother, older brother, and his younger sister.

I am not attempting to make excuses for Joshua decisions in life right or wrong however given the same circumstances I am not sure if I would have done anything different. Being the last way of "Baby Boomers" I was fortunate like many Americans to have both a mother and father in the home who were positive role models in my life and contributed something good to society. As you know, we can not choose our parents or the situation that we are born into.

I will say that given Joshua's situation I could not have done a better job with being a Mother and Father to his younger sister Jantel who had been living with Joshua for over the last 10 years. Jantel has always been on the Honor Roll from grammar school until present. Jantel is currently a junior at West Aurora High School and a member of the Honor Society.

Joshua has unselfishly devoted his life to raising his baby sister and helping out both of his parents who are now divorced. He also lives with his life partner Kevia and their 2 children Ja' Niya 5 years old and Jamarius 6 years old. Joshua has always been a devoted Father and family person.

I realize that Life is all about decisions and consequences but, people are human and make mistakes or bad decisions often times when under pressure or stress. I cannot think of a more terrible situation than the one that Joshua and his siblings faced alone at such an early age in Life. In spite of what my nephew may have done, I have never heard anyone say anything negative about his behavior towards people.

I will say that Joshua has all of the support of a loving family which includes numerous uncles, aunts, and his brother and sister. My wife and I currently have guardianship of his younger sister Jantel Hines. We as a family are willing to do whatever the courts ask to ensure a successful rehabilitation and transition of Joshua Hines back to society.

Joshua is a young man and has a lot of life to live and an opportunity to be a productive citizen in society and do something good in this world. As a Christian, we have to leave it up to God regarding Joshua' destiny and hope that Joshua will allow him to direct his path.

Again, I am not making excuses for Joshua Hines I only wanted to give you a snapshot of his life and the chain of events leading up to his present situation.


Respectfully Yours

*Harold G. White, III*


Harold G. White, III

June 1, 2008
From Jausha Hines Aunt
Minister Lillie Harden
840 N. View St
Aurora, Il. 60506
To Whom it May Concern.
Durning Jausha Growing years
I remember Spending a few Great
Numbers of days With him
And his grandmother before she
deceased, Oh Course he Adored
her, As so many of our Our
Grand Childen in this famiely did
he would impress us by Telling
All the things Wrong That the other
Children did, But Accoring to
him And his grandmother, its Was
Never him, Jausha Mother & Father
divorced at early in his life, his
grandmother and grandfather Also.
Which I think Scared him And his
Plans for Life, I really Think if
Given Another Chance in life Would
Truly be different for him
Thank You!    Im Praying for him
Jausha (also Nurtured his Sister)  Lillie Harden

6-25-08

Dear Judge Norgle,

I am writing this letter on behalf of Joshua J. Hines.

My name is Tracey Grimes I have been married to Joshua's uncle Kalvin Grimes for 17 years. I have known his mother for 30 years. For the last 20 years his Mother and Father have been on and off involved with drugs and jails and even prison. His Mother just got out of prison this past Feburary. During that time and previous times she was in prison Josh has been taking care of his younger Sister, Jantel, who just turned 16.

Joshua has had a hard life and had to grow up fast. He had to take care of his family and made bad choices trying to do so. Nobody taught him how the real world work

Joshua has a good heart and is a good person who made bad choices. We have written several letters

back and forth since he has been looked up. He has changed the way he thinks, he know its O.K. to ask for help and that he doesn't have to do it all by hisself.

Josh has two young children who he loves very much and has plans on how to take care of his family the right way when he gets out.

Please take all this into consideration on your decision.

Thank-You for your time

Sincerely,
Tracey Grime

July 7, 2008

Dear Honorable Judge Norgle

My name is Evelyn Jiminez. I'm Josh's Jiminez Aunt. Josh's Mother is my Sister. When Josh was a kid he used to call me "mom". What an honor that was! Both of Josh's parents have Drug addictions. I believe this is part of his problem. His parents weren't interested in him going to school or getting him registered, just in doing what they were doing. The streets was the only way he seen out. Josh's Mom was also in and out of jail for shop lifting. Josh is the Second oldest out of 3 children. His 16-year old Sister lived with him doing the Best he could to send her to School making sure she got food, clothes, and the things she needed. Letting her know that her education is important! Josh is a good father to is 5-year old Daughter and to his Girlfriends Son.

Josh is a polite young man, who I love with all my heart. Your honor I beg of you please sentence Josh close to his family, so we will be financially able to visit him. Thank you for your patience and time.

Sincerely,
Delp Hynes

# EXHIBIT K

# Letter from Clifton and Brandi Grimes

**Wyatt, Dave R.**

From: Brandi Grimes [bgrimes23@yahoo.com]
Sent: Monday, April 21, 2008 8:55 PM
To: Wyatt, Dave R.
Subject: Joshua's letter

Clifton and Brandi Grimes
140 W. Prairiefield Ave
Cortland, IL 60112
Tel. 815.756.4251
Email: bgrimes23@yahoo.com
April 21, 2008

Dear Judge Norgle,

This letter is in regards of Joshua J. Hines. We understand the charges against him and he is too aware that what he is pleading guilty to he wasn't making the best of choices but then again everyone makes mistakes at some point in their lives. If you knew Joshua personally as we do, you would know that he truly is a genuinely great person. My opinion is that the choices he made was something he had to do to survive and make sure that his family was taken care of and food was on the table. He grew up in a broken home. His parents were not the best of role models for him. He has been making adult decisions for himself since he was about 11 or 12 years old.

At the time of his arrest, his mother was doing time in prison and he was taking care of his younger sister. He has two beautiful children who need him in their lives. We all know that he will indeed be serving time but all we ask of you is to please take into consideration that he has family here and we ask you to please keep him close to home. We all love and support him and we would be devastated if he was far away. W are praying that you keep him close so he can be visited as much as possible, to help get him through these tough times ahead.

We know its your decision the exact amount of time he will be serving but we truly believe that 120 months is more that enough. I really hope that this letter has helped you in making your decision about his sentencing. Thank you so much for you time, its really appreciated.

Best Wishes,
Mr. And Mrs. Clifton Grimes
(Joshua's cousin's)

04/22/08

# EXHIBIT L

# Integrative Summary by Deresha Gibson, Loyola University M.S.W. Intern at the Federal Defender Program



# FEDERAL DEFENDER PROGRAM

*UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*

**55 E. MONROE STREET - SUITE 2800**
**CHICAGO, ILLINOIS 60603**

**PHONE 312.621.8300**
**FAX 312.621.8399**

TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

# INTEGRATIVE SUMMARY

**Client:**      **Joshua Jerow Hines**

**Case No.:**    **07 CR 773**

**DOB:**         **12/13/1983**

**Interviewer:** **Deresha D. Gibson, M.S.W. Intern**
**Federal Defender Program, Chicago**

---

## Summary
Joshua Jerow Hines is a 24 year-old African American male who was convicted of knowing and intentional distribution of a controlled substance and knowing and intentional possession with intent to distribute in excess of five grams of a mixture containing a cocaine base. He is being held at the Metropolitan Correctional Center and is awaiting sentencing. Mr. Hines is facing a sentence of a mandatory minimum of ten years and a maximum sentence of life in a federal correctional institution. This summary will use information gathered through a biopsychosocial evaluation, family interviews, client interviews, and legal/public records.

## Records Reviewed
Criminal Complaint and Affidavit by ATF Agent Mark Anton
Bureau of Alcohol, Tobacco, Firearms and Explosives Reports
Records from the Clerk of the Circuit Court of Kane County, IL
Records from the Circuit Court of DuPage County, IL
Records from the Illinois Department of Corrections
Records from the Illinois State Police
School District 129-Administrative Office Reports
West Aurora High School Reports
Government Version of the Offense from Julie Ruder, A.U.S.A.

## Interviews Conducted
Ann Hines-mother             Clark Hines-father        Jafeal Hines-brother
Jantel Hines-sister          Joshua Hines-defendant    Kieva Thomas-girlfriend
Staci White-maternal aunt

**Page 2**
**Defendant: Joshua Jerow Hines**

**Brief History**
Criminal history includes the following convictions:

- driving on a suspended/revoked license,
- possession of a controlled substance, and
- criminal trespass.

*Demographics:* Joshua Jerow Hines is a single male with two children. He reported living with his girlfriend, two children, and younger sister prior to his arrest.

*Charges:* He reported that he was arrested on 11/28/2007 and charged with knowing and intentional distribution of a controlled substance and knowing and intentional possession with intent to distribute in excess of five grams of a mixture containing a cocaine base.

*Medical History:* Mr. Hines did not report any known medical conditions. Prior to being arrested, Mr. Hines reported using marijuana and alcohol 1-2 times a week. He denied any other drug abuse. There is a maternal and paternal family history of substance abuse.

*Psychiatric History:* He denied a history of psychological disorder or psychiatric treatment. He denied a history of physical, sexual or emotional abuse. He reported instances of domestic violence between his parents during his childhood related to their drug abuse.

*Educational History:* Mr. Hines reported completing 10 years of education in the Aurora Public Schools. He reported being unable to focus on school due to his chaotic home life and he eventually dropped out. He stated that he found school "easy" and received good grades when he was able to attend.

*Vocational History:* He reported that he worked seasonally with his grandfather as a bricklayer.

*Spirituality/Religion:* Mr. Hines reported that he attends a religious service frequently at the Metropolitan Correctional Center. Spirituality is very important in his life and he stated, "God does not give you more than you can handle."

**Page 3**
**Defendant: Joshua Jerow Hines**

**Summary of Information**
Mr. Hines is the second child born to Ann and Clark Hines who are now divorced. Ann Hines is 52 years old and currently living in Aurora, IL. She was recently paroled from prison after being incarcerated for the second time. Ms. Hines admits she has been struggling with drug addiction since Mr. Hines was a child. She was not available as a mother when Mr. Hines was growing up and believes this contributed to his current situation. Ms. Hines reported she would leave her home for weeks at a time and her children were responsible for taking care of one another. Her husband at the time worked nights, but was also dealing with an addiction. Ms. Hines entered treatment in 1998 after the death of her mother, but she has continued to struggle with her addiction. Currently Ms. Hines is trying to get her life together. She believes her behavior during Mr. Hines' childhood has directly impacted his life because he was trying to take care of himself and his younger sister. She said, "He tried to hold everything together when I was using drugs and not being the mother I should have been, he made sacrifices for his family."

Clark Hines, Joshua Hines' father, is 53 years old and lives in Sauk Village, IL. Mr. Hines has four children, Romell (from a previous marriage), Jafeal, Joshua and Jantel. Mr. Hines is currently unemployed and states he recently stopped using drugs. He has been clean for over three months (as of 5/28/08). He believes his ex-wife Ann spoiled the kids and caused them to become lazy and rebellious. However, he admits that he cannot pin a badge of honor on himself because he indulged in drugs and was not the parent he should have been for his children. He says Mr. Hines was a good kid, but started hanging with the wrong crowd because neither he nor his wife were available to parent as they should.

Jafeal Hines is Joshua Hines' brother and he is 28 years old. Jafeal was responsible for Mr. Hines at times when their parents were not available. Jafeal Hines described their childhood as unstable. Their parents worked, but did not use the money for the family, they used it for drugs. After Ms. Hines had Jantel, the youngest sibling, she stopped working completely. When talking about his parents Jafeal said, "My mom was the biggest problem. She would be missing for 3-4 days at a time. Our dad was like superman to us and for him to fall prey to drugs, we lost a lot of respect for him." Jafeal moved out of his parents house when he was 15 and left Mr. Hines to take care of himself and his sister Jantel at the age of 11. Jafeal believes that was a rough time for Mr. Hines and he was left without structure and guidance. Jafeal believes their chaotic childhood impacted Mr. Hines' life and has played a role in where he is today.

**Page 4**
**Defendant: Joshua Jerow Hines**

Jantel Hines is Joshua Hines' sister and she is 16 years old. Prior to Mr. Hines being arrested, Jantel had been living with him for 4-5 years. Jantel and Mr. Hines share a special relationship and he has been more like a father to her than a brother. Mr. Hines was responsible for Jantel most of her life and has taken the responsibility for making sure she has things she needs. He made sure she did well in school and did the things a parent should have been around to do. When I interviewed Jantel about Joshua she beamed with pride and tried to hold back her tears. She has a deep admiration for him and is grateful for how he took care of her. Every family member I contacted on behalf of Mr. Hines consistently mentioned his devotion to taking care of Jantel and doing an amazing job at it. Jantel is now living with her maternal aunt Stacie White in Oswego, IL.

Kevia Thomas is Joshua Hines' girlfriend and is 26 years old. She and Mr. Hines have two children, together Jamarius (6) and Janiya (5). Although Jamarius is not Mr. Hines' biological child, Mr. Hines is the only father Jamarius has ever known. Mr. Hines and Kevia have been in a relationship for 7-8 years. They have known each other since 7th grade and have experienced similar family backgrounds. Kevia comes from a family of eleven children, living in a two bedroom house. Her father began using drugs when she was a teen and it led to family problems. She dropped out of high school and never really felt she mattered in her family. Mr. Hines became a huge support for her when she was pregnant with Jamarius and they have been together since. Kevia described Mr. Hines as a "good father, a good friend and someone that is always willing to help others." His absence has been especially hard for his children because prior to his arrest he was always there for them. He made sure they had everything they needed and much more. Kevia stated that because Mr. Hines often did not have food to eat or a place to stay when he was younger he wanted to make sure his children and his sister had everything they needed and did not experience what he did as a child. Kevia is now a single parent and finding it difficult to adjust. Mr. Hines provided emotional support, child care support and financial support and his absence in the home is felt. Kevia is worried how his absence may impact her children, particularly their son Jamarius. She has noticed him being distant since Mr. Hines has been gone and is unsure how to connect with him. She hopes he is placed at a prison close to home so his children will be able to visit him often.

4

**Page 5**
**Defendant: Joshua Jerow Hines**

**Assessment**

At a very young age, Mr. Hines had to learn to make his own way in the world while living in a community where drug distribution was the norm.[1] He stopped attending school at an early age, and his family structure was severely fragmented. Common protective factors, such as school, a stable family, or community organizations that could have changed the path of his life, were not in place for Mr. Hines at any time in his life. The definition of what it meant to provide for his family and become the primary breadwinner took on a new meaning, especially in light of Mr. Hines' young age and responsibilities despite other adult family members who appeared to be aware of Mr. Hines' parents addictions and unavailability for Mr. Hines and his younger sister.

In Mr. Hines' case, it seems apparent that his parent's drug use significantly impacted the narrative of his life. His parents were not physically, emotionally or mentally available to provide a stable home life and structure for him as they would be expected to provide as parents. As a result, he did look for alternative means of providing for himself and his younger sister.

Mr. Hines dropped out of school because he was caring for his sister due to his mother's absence and his father's work schedule. His parents drug use resulted in rare stability for the children, and their needs became secondary to obtaining drugs. Mr. Hines seems to have experienced emotional neglect and he was forced to become a parentified child early on.[2] He functioned as the parent in his household and took care of his sister, providing for her while looking out for the well being of his parents. In particular, Mr. Hines' parental role was obvious through the tasks he took on, including making sure she was fed, combing her hair, putting her on the school bus, and picking up/dropping off his sister from her social activities. Mr. Hines missed school repeatedly and stopped going

---

[1] In neighborhoods where limited opportunities for employment exist, selling drugs can be seen as a purposeful business opportunity. While youth who remain active in school, stable families, and other social institutions, are said to "bond" to these institutions as they develop attitudes and beliefs that value conventional notions of success and fulfillment, others who fail to become involved in such institutions are more likely to form an "oppositional identity" based more on autonomy and unconventional goals. See Steinman, K., (2005). Drug selling among high school students: related risk behaviors and psychosocial characteristics [Electronic Version]. *Journal of Adolescent Health* 36, p. 71.e1-71e8.

[2] The literature states that emotional neglect occurs when a parent of caregiver fails to provide necessary attention to the child's need for affection and emotional support. Parentification is defined as a disturbance in generational boundaries, such that evidence indicates a functional and /or emotional role reversal in which the child sacrifices his or her own needs for attention, comfort and guidance in order to accommodate and care for the logistical emotional needs of a parent and/or sibling. *See* Hooper, L. (2007). Expanding the Discussion Regarding Parentification and Its Varied Outcomes: Implications for Mental Health Research and Practice [Electronic Version].*Journal of Mental Health Counseling* 29(4), p. 322-337.

5

**Page 6**
**Defendant: Joshua Jerow Hines**

completely.  He reported that on numerous occasions he would go look for his mother, find her in crackhouses, and bring her home.  He was also afraid to leave his sister at home with his father because he thought he might fall asleep and not attend to his sister.  He would mediate fights between his parents, which he described as "domestic violence," and during one incident, he had to pull his father off his mother which resulted in his father's physical violence towards him instead.

**Opinions and Conclusions**
Mr. Hines' family seems to show a tremendous amount of emotional support for him.  They all agree that he has not made some of the best choices in his life, but that there were significant factors in his childhood that contributed to those choices.  Mr. Hines was introduced to drugs via his parents open use of drugs as well as the peers in his community.  Due to the instability in his home, he was unable to attend school on a regular basis and felt like he had to compensate for the areas where his parents were lacking.  As a result he became involved in activities that helped him provide for himself, his sister and his family.

His relatives often described him as a "good person that did a bad thing."  They definitely understand that he broke the law and has to be punished, however they stress that he alone did not bring himself to this place in life.  There were times he did not have food to eat or a place to sleep, and his parents were no where to be found.  Mr. Hines' brother, Jafeal, by contrast, was able to leave his situation and live with a Godmother that provided structure and security for him as he grew older.  Mr. Hines was the sole person responsible for his own welfare as well as his sister, Jantel, for whom he became the main provider at an extremely early age.  Mr. Hines had to make adult decisions and take on adult responsibilities to the best of his ability at such a young age because of his parents who were both addicted to drugs.  He learned to identify with a community in which selling drugs was the norm but he appears to accept the gravity of his actions and take a substantial amount of responsibility for his actions presently.

Mr. Hines' parentification resulted in his extreme value placed upon concepts such as structure, discipline, food, and shelter.  He did not want his children to experience what he experienced as a child, and in committing this crime, Mr. Hines seems to have rationalized his behavior to some degree by looking to what the earned money could provide for his family, most importantly.

When interviewing Mr. Hines, he consistently spoke of the struggle and disappointment he experienced during his childhood.  He spoke of his inability to know where he would sleep at night or where he would get food for himself and his sister.  He appears proud of the fact that he was able to provide for his sister, children and Kevia for such a long period of time.  This rationalization for his behavior may have clouded his judgment and allowed him to minimize the severity of his actions.

**Page 7**
**Defendant: Joshua Jerow Hines**

Nevertheless, posttraumatic growth is based on the premise that some people who experience trauma and adversity are able to use the traumatic experience as a means to increase personal growth and development.[3] Mr. Hines shows tremendous qualities by his very ability to provide for himself and his sister in particular. He protected her, made sure he had clothes, her hair was combed, she stayed in school and that she was protected from what her parents were doing. His sister today does well in school and has goals of attending Spelman College and majoring in law or accounting. She credits all of her success to Mr. Hines and his good parenting. Mr. Hines' potential can be seen by the fact that he did not come from an environment that nurtured any of his true potential. Mr. Hines also shows tremendous maturity in the fact that he took on the responsibility of a child that is not his, biologically, when he began a relationship with Kevia Thomas.

Mr. Hines appears to realize the mistakes he has made, and his words coupled with the words of others in his family who know him well show him to be a good candidate to take a different path after he is sentenced. It seems clear that he felt torn between breaking away from the way of life he knew, and his desire to financially support his family. He would like to support his family without engaging in illegal activity and does seem to understand that the ends did not justify the means in his life. He is young, able to be rehabilitated, and he has articulated a plan to change the pattern of behavior that led to his current situation.

Specifically, Mr. Hines' states that he would also like to attend the Residential Drug Abuse Program (RDAP) while incarcerated to get a better understanding of the effects of drugs and alcohol on his life. He has also articulated his future goal of obtaining his GED, then his barber's license while in the Bureau of Prisons. His maternal aunt, Stacie White, owns a hair salon and has already promised Mr. Hines a chair in her salon once he is released and obtains his license.

Mr. Hines and his family are tightly connected and will maintain contact while he is away. He wants to be present in his children's life, help take care of his family, and be a productive member of society when he is released from prison. He has acknowledged and understands that he made some bad choices and has plans to live a crime free life upon his release from prison.

---

[3] Hooper, L. (2007). Expanding the Discussion Regarding Parentification and Its Varied Outcomes: Implications for Mental Health Research and Practice [Electronic Version] *Journal of Mental Health Counseling*. 29(4), p. 322-337.

**Future Goal and Treatment Plan**

While it is clear that Mr. Hines broke the law and has to be punished, it is important to also look at the man apart from the crime. If he receives the mandatory minimum of ten years, his children will be approximately 16 & 17 once he is released. He will have missed critical periods in their life, and research shows that the incarceration of parents can have long lasting detrimental effects on their children. Prior to his incarceration Mr. Hines was a very involved father. The emotional strain caused by Mr. Hines' incarceration and absence has already begun. Although Ms. Thomas appears to be a capable parent, there are new financial challenges she is taking on as a single parent.

Mr. Hines has accepted responsibility for his actions, and he has articulated goals for his future. Yet critical tools which will help him achieve success include a higher education and job training. Specifically, it is important that Mr. Hines obtain his GED as it will not only afford him the opportunity to participiate in more progams within the BOP, but it will also help boost his confidence at a time when he may be anxious about the true job opportunities that will be available to him when he is released from prison.

Additionally, it is important for Mr. Hines to participate in programs and job training while he is in the BOP. This participation, like the GED, will provide him with marketable skills that will help him apply for jobs that can allow him to financially support his family upon release. While his incarceration alone will act as a deterrant from future illegal behavior, Mr. Hines' strong value of providing for/contributing to his family means that he must have marketability when he is released from prison.

Finally, perhaps the most important tool needed to ensure Mr. Hines' success is continued family support. As Mr. Hines will be serving a lengthy sentence, and it is important that he maintains a relationship with his family and continues to feel/believe he is an important person in the family unit. This "connection" is as important to his survival while incarcerated as it is critical to his reintegration upon release.

Deresha Gibson, M.S.W. Intern

# EXHIBIT M

# Statement of Rights Waiver and Waiver

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Advice of Rights and Waiver

### Statement of Rights

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you if you wish before any questioning begins.

If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.

### Waiver

I have read this statement of my rights or it has been read to me, and I understand these rights.  At this time I am willing to answer questions without a lawyer present.  No promises or threats have been made to me, and no pressure or force of any kind has been used against me.

Signature: _____

Printed Name: _____

Witness Signature: _____

Printed Name: Mark A. Anson

Date/Time: 11-28-07 @ 1:57 pw

Note: Previous Editions Are Obsolete

Revised August 2004

## WAIVER CONCERNING TIMING OF INITIAL
## APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE

1.    I _JOSHUA  HINES_ , have been informed by _ATF SPECIAL AGENT MARK ANTON_ that I have been arrested for violations of Title _21_ , United States Code, Sections _846 (a)(1)_ pertaining to _the DISTRIBUTION OF A CONTROLLED SUBSTANCE (CRACK COCAINE) IN EXCESS OF 50 grams_

2.    I have been informed and understand that I have a right under Rule 5(a) of the Federal Rules of Criminal Procedure to be brought without unnecessary delay before the nearest available federal magistrate judge or other judicial officer for the purposes of:

   a.    being arraigned on my arrest;

   b.    being advised of the charges against me and of my rights; and

   c.    having bail fixed by the Court.

3.    At this time, I waive my right to appear before the nearest available federal magistrate judge or other judicial officer without unnecessary delay for these purposes.

4.    I agree that my appearance may be delayed for a period not to exceed 72 hours from the time I sign this waiver.

5.    I do so knowingly and voluntarily, understanding that I have been arrested and will remain in custody until I am arraigned before a United States Magistrate Judge or other judicial officer.

6.    I understand that a complaint, information or indictment will be filed against me charging me with a violation of federal criminal law and that I will be prosecuted for that violation.

7.    I also understand that the United States Magistrate Judge or other judicial officer before whom I will appear may be located in a district other than the one in which I was arrested and that I may be required to travel in the custody of federal agents to locations other than the district in which I was arrested.

_Joshua Hines_
DEFENDANT

Date this _28TH_ day of

_NOVEMBER_ , ~~2006~~ 2007

at _3:15 Pm_ (state precise time)

_Mark C. Antn_ _ATF S/A #3678_
WITNESS

_S/A / TR / ISM #4953 ISP/NCNTF_
WITNESS

_SC #327 (TFO SPAYTH)_
WITNESS

07CR773        US        000000029

# EXHIBIT N

# Illinois State Police Report

# ILLINOIS STATE POLICE
## INVESTIGATIVE REPORT

| le #: | Reporting/Incident Date(s): | Reporting Agent(s): | ID#: | | Dictated/LEAD #: |
|---|---|---|---|---|---|
| 07-13735NE | 11-28-07 | Insp. Pierce | #9939 | | |

| tle: | Case Agent: ID# | Office: | Typed by: | Date: |
|---|---|---|---|---|
| JOSHUA J. HINES | Insp. Webster  #9628 | Z-1 / NE | CP | 11-29-07 |

arpose:

To document the consent search and recovery of evidence from 1096 Village Center #4, Aurora, Illinois.

he following report will document the consent search and recovery of evidence from 1096 Village Center #4, Aurora, linois.   The following Illinois State Police (ISP) / North Central Narcotics Task Force (NCNTF) agents were present or the operation; Sergeant (Sgt.) Backus, Special Agent (S/A) Garcia, S/A Tippet, S/A File, Inspector (Insp.) Goodman, nsp. Reilly and Reporting Inspector (R/I) Pierce.

)n 11-26-07, S/A Anton with the Bureau of Alcohol Tobacco and Firearms (A.T.F.) when before Federal Magistrate effrey Cole and obtained an arrest warrant for JOSHUA J. HINES (see physical description) for Delivery of a Controlled Substance (see attached copy as attachment #1).   On 11-28-07, ISP/NCNTF agents along with agents from ne Bureau of Alcohol Tobacco and Firearms conducted a joint operation in an attempt to apprehend HINES.   At pproximately 1238 hours, A.T.F. agents took HINES into custody after he left the residence at 1096 Village Center. after the arrest HINES gave verbal consent to S/A Anton and S/A Tippet to search the residence at 1096 Village Center. gt. Backus, Insp. Reilly, Insp. Goodman, S/A File and R/I then proceeded to the residence with the keys.   Agents earched the residence which was unoccupied at the time and recovered the following evidence items;

**EXHIBIT #4:** One plastic bag containing approximately 10.5 grams of suspected cocaine, located by Insp. Reilly and is K-9 partner Nick, in the top right dresser draw in master bedroom.

**EXHIBIT #5:** One plastic bag containing approximately 0.08 gram of suspect cannabis, located by Insp. Reilly and K-9 Partner Nick, in the top right dresser drawer in master bedroom.

**EXHIBIT #6:** Copy of Notice of Suspension for Kevia J. Thomas, located by R/I, in the top right dresser drawer in master bedroom.

**EXHIBIT #7:** $435.00 United States Currency, located by R/I, in top left dresser drawer in master bedroom.

Dissemination:

This document contains neither recommendations nor conclusions of the Illinois State Police.
It and its contents are not to be disseminated outside your agency.

IL493-0117

ISP 4-3 (08/96)

XHIBIT #8: Yellow and Blue copies of North Aurora P.D. traffic citation to HINES, located by R/1, next to levision in master bedroom.

XHIBIT #9: Court paper work for HINES, located by R/I, from master bedroom closet top shelf.

XHIBIT #10: $1,405.00 United States Currency, located by Sgt. Backus, in Shoe box on top of Refrigerator in itchen.

XHIBIT #11: Drug Paraphernalia, one wisk, measuring cup, numerous plastic bags, boxes of baking soda, located y Sgt. Backus, kitchen and kitchen cabinets.

XHIBIT #12: One gray Honeywell fire safe, located by Sgt, master bedroom closet top shelf in shoe box.

.ll evidence exhibits were transported to the Aurora Police Department by R/I where they were turned over to S/A ippet.   S/A Tippet then transported the evidence to the NCNTF office where it was processed and entered into the afe.

.TTACHMENT #1:   One copy of U.S. Northern District arrest warrant for HINES, total of nine pages.

**SICAL DESCRIPTION #1**
e:          Joshua J. Hines
B.          12-13-83
Race:       Male/Black
Wgt:        5'11"/190
Eyes:       Blk/Bro
#           IL46467410
#           260606TB0
.:          1096 Village Center #4
            Aurora, Illinois

emination:

This document contains neither recommendations nor conclusions of the Illinois State Police.
It and its contents are not to be disseminated outside your agency.

)3-0117                                                                                    ISP 4-3 (08/96)

# EXHIBIT O

# Letter from Joshua Hines

Dear Judge Norgle,

I want to first start off by saying I apologize to you first and foremost, to the Court and any other authority. Judge Norgle, on or about May 4, 2007, in Aurora, Kane County, I, Joshua Hines did knowingly and intentionally possess with intent to distribute a controlled substance 50 grams of mixtures containing cocaine base. The reason why I did it was because I had two children, Janiya and Jamarius, a little sister, Jantel, and a girlfriend, Kevia, to take care of. Judge Norgle, can I please have a moment of your time to tell you a little bit about my life.

Coming up as a young boy, life wasn't easy for me. My parents weren't in my life like they were suppose to be and they were using drugs then they split apart. When I was a young boy, my mom went to jail and my dad was nowhere to be found. I wasn't ready for these things but I was forced to take on the responsibility of taking care of my little sister. Then I met this young lady named Kevia from my neighborhood, and we became friends. Then I found out she was pregnant by some guy but the guy didn't want to take care of his responsibility. So I took on the responsibility of being the child's father. Then, me and Kevia began a relationship and I had a daughter by her. Then we became a family. From there on, I was the provider for the household. I took care of everything. The kids, my sister, my girlfriend, the bills, etc.

Judge Norgle, this situation that I'm in now has drastically affected me because now I'm in jail. I have kids that truly need me in their life. To teach them right from wrong because I know how it is to not have a father in a child's life. My family love me

and I know I have done wrong.  I know I have hurt a lot of loved ones.  I am sorry to society for selling a controlled substance in any neighborhood, and if I could right now, I would go door to door in my community and tell everybody how I'm sorry.

Judge Norgle, I am sorry and I have truly learned my lesson.  I will never again in my life sell a controlled substance. My plan for the future is to get my GED.  I will go to barber school, come home, and work with my Auntie at her shop.  I want to be a father to my kids and marry my girlfriend, Kevia.  I want to be successful in the future and live a normal life.

Thank you for taking time to read this.


Joshua Hines

# EXHIBIT P

# ACE Certificate of Participation



Certificate of Participation

The Metropolitan Correctional Center – Chicago, IL

from

*This certifies that*

**JOSHUA HINES**

satisfactorily participated in

Adult Continuing Education (ACE ) Parenting

This certificate is hereby issued this 12ᵗʰ day of MAY 2008!

L. Marsh, Education Program Manager