IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-29-2008
AUG 2 9 2008
Aug. 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
                                   ) No. 07 CR 773-1
v.                                )
                                   ) Honorable Charles R. Norgle, Sr.
JOSHUA HINES               )

## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above named case, JOSHUA HINES, by the Federal Defender Program and its attorney, HELEN J. KIM, files an appeal to the United States Court of Appeals for the Seventh Circuit from the final order of the district court entered on August 20, 2008, and docketed on August 28, 2008.

Dated this 29th day of August, 2008, at Chicago, Illinois.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy

TERENCE F. MACCARTHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300