IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
8-29-2008
AUG 29 2008
Aug. 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 773-1 |
| v. ) | |
| ) | Honorable Charles R. Norgle, Sr. |
| JOSHUA HINES ) | |

### DOCKETING STATEMENT

This is a direct appeal from a final order in the district court entered on August 20, 2008, and docketed on August 28, 2008. The district court had jurisdiction pursuant to 18 U.S.C. § 3231, and the Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291.

The prosecution was brought pursuant to Title 21 U.S.C. § 841(a)(1). Mr. Hines' judgment was docketed on August 28, 2008. No further motions were filed that would toll the date for filing a notice of appeal. Notice of appeal is now being timely filed by Mr. Hines on August 29, 2008.

Dated this 29th day of August, 2008, at Chicago, Illinois.

Respectfully submitted,

*[signature]*

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy

TERENCE F. MACCARTHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300