IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JN 8-29-2008
AUG 2 9 2008
Aug. 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 773-1 |
| v. | ) | |
| | ) | Honorable Charles R. Norgle, Sr. |
| JOSHUA HINES | ) | |

### NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above named case, JOSHUA HINES, by the Federal Defender Program and its attorney, HELEN J. KIM, files an appeal to the United States Court of Appeals for the Seventh Circuit from the final order of the district court entered on August 20, 2008, and docketed on August 28, 2008.

Dated this 29th day of August, 2008, at Chicago, Illinois.

Respectfully submitted,

/s/ 
FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy

TERENCE F. MACCARTHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cr 773

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| USA /appellee | | Hines/appellant |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Julie B. Ruder | Name | Helen J. Kim |
| Firm | AUSA | Firm | Federal Defender |
| Address | 219 So. Dearborn Suite 500 Chgo.Il.60604 | Address | 55 E. Monroe Suite 2800 Chgo.Il. 60603 |
| Phone | 312) 353-5300 | Phone | 312)621-8300 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Norgle | Date Filed in District Court | 12/20/07 |
| Court Reporter | M. Pittman  X-5576 | Date of Judgment | 8/28/08 |
| Nature of Suit Code | | Date of Notice of Appeal | 8/29/08 |

COUNSEL:   Appointed [X]     Retained [ ]     Pro Se [ ]

FEE STATUS:   Paid [ ]     Due [ ]     IFP [ ]

IFP Pending [ ]     U.S. [ ]     Waived [X]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [X]   No [ ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]     Denied [ ]     Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-29-2008
AUG 29 2008
Aug. 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 773-1 |
| v. | ) | |
| | ) | Honorable Charles R. Norgle, Sr. |
| JOSHUA HINES | ) | |

## DOCKETING STATEMENT

This is a direct appeal from a final order in the district court entered on August 20, 2008, and docketed on August 28, 2008. The district court had jurisdiction pursuant to 18 U.S.C. § 3231, and the Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. § 1291.

The prosecution was brought pursuant to Title 21 U.S.C. § 841(a)(1). Mr. Hines' judgment was docketed on August 28, 2008. No further motions were filed that would toll the date for filing a notice of appeal. Notice of appeal is now being timely filed by Mr. Hines on August 29, 2008.

Dated this 29th day of August, 2008, at Chicago, Illinois.

Respectfully submitted,

/s/ [signature]

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy

TERENCE F. MACCARTHY
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8300

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

      NORTHERN      District of      ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| JOSHUA HINES | Case Number: 07 CR 773-1 |
| | USM Number: 19859-424 |
| | Helen J. Kim |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)    One and Two

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §841(a)(1) | Distribution of controlled substance | 05/04/2007 | One |
| 21 U.S.C. §841(a)(1) | Possession of a controlled substance with intent to distribute | 11/28/2007 | Two |

    The defendant is sentenced as provided in pages 2 through   6   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)        ☐ is    ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 20, 2008

8/20/2008
Date of Imposition of Judgment

_Signature of Judge_

JUDGE CHARLES R. NORGLE
Name and Title of Judge

August 20, 2008
Date

Judgment — Page 2 of 6

DEFENDANT: Joshua Hines
CASE NUMBER: 07 CR 773-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

168 months concurrently on Counts One and Two.

X The court makes the following recommendations to the Bureau of Prisons:
Designation to an institution which provide a reasonable opportunity for visitation by members of the defendant's family.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: Joshua Hines
CASE NUMBER: 07 CR 773-1

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

Five (5) years concurrently on Counts One and Two.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. Not to exceed 104 tests per year.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Joshua Hines
CASE NUMBER: 07 CR 773-1

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a drug aftercare treatment program which may include urine testing at the direction of the probation officer.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Case 1:07-cr-00773    Document 329    Filed 09/04/2008    Page 4 of 6

Judgment—Page 4 of 6

DEFENDANT: Joshua Hines
CASE NUMBER: 07 CR 773-1

DEFENDANT: Joshua Hines
CASE NUMBER: 07 CR 773-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine   | Restitution |
|--------|------------|--------|-------------|
| TOTALS | $ 200.00   | $ 0.00 | $ 0.00      |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|   |   |   |   |

**TOTALS**     $ _____ 0     $ _____ 0

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

    ☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
         Sheet 6 — Schedule of Payments

Judgment — Page   6   of    6

DEFENDANT: Joshua Hines
CASE NUMBER: 07 CR 773-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   X   Lump sum payment of $ __200__ due immediately, balance due

          ☐ not later than _____, or
          ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   X   Special instructions regarding the payment of criminal monetary penalties:

     **The costs of costs of imprisonment and supervision are waived.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL, COLE

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-00773-1
### Internal Use Only

Case title: USA v. Hines

Date Filed: 12/20/2007
Date Terminated: 08/20/2008

Assigned to: Honorable Charles R. Norgle, Sr

**Defendant (1)**

**Joshua Hines**
*TERMINATED: 08/20/2008*

represented by **Helen Joong Kim**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago , IL 60603
(312) 621-8300
Email: helen_kim@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(1)

**Disposition**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: one-hundred-sixty-eight (168) months concurrently on counts one and two. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of: five (5) years concurrently on counts one and two. Standard conditions of supervision. Special conditions of supervision. Criminal monetary penalties. Schedule of payments.

The defendant is hereby committed to the custody of the United States Bureau

| | |
|---|---|
| CONTROLLED SUBSTANCE - POSSESSION (2) | of Prisons to be imprisoned for a total term of: one-hundred-sixty-eight (168) months concurrently on counts one and two. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of: five (5) years concurrently on counts one and two. Standard conditions of supervision. Special conditions of supervision. Criminal monetary penalties. Schedule of payments. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE-SELL, DISTRIBUTE, OR DISPENSE | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: one-hundred-sixty-eight (168) months concurrently on counts one and two. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of: five (5) years concurrently on counts one and two. Standard conditions of supervision. Special conditions of supervision. Criminal monetary penalties. Schedule of payments. |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Julie B. Ruder** United States Attorney's Office (NDIL) 219 South Dearborn Street Suite 500 |

Chicago, IL 60604
(312) 886-1317
Fax: 312-353-8298
Email: julie.ruder@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | | (Court only) ***Set/Clear Flags as to Suppressed to Case Sealed. (meg, ) (Entered: 11/28/2007) |
| 11/26/2007 | 1 | COMPLAINT signed by Judge Jeffrey Cole as to Joshua Hines (1) (las, ) (Entered: 12/04/2007) |
| 11/26/2007 | 2 | MOTION by USA to seal complaint, affidavit, and arrest warrant as to Joshua Hines (las, ) (Entered: 12/04/2007) |
| 11/26/2007 | | BENCH WARRANT issued as to Joshua Hines (las, ) (Entered: 12/04/2007) |
| 11/26/2007 | 3 | MINUTE entry before Judge Jeffrey Cole : Bench warrant issued as to Joshua Hines. Government's motion to seal case until 1/31/08 is granted 2 . (las, ) (Entered: 12/04/2007) |
| 11/26/2007 | 4 | ORDER as to Joshua Hines Signed by Judge Jeffrey Cole on 11/26/07. (las, ) (Entered: 12/04/2007) |
| 11/29/2007 | | ARREST of defendant Joshua Hines (las, ) (Entered: 12/04/2007) |

| Date | Doc # | Entry |
|---|---|---|
| 11/29/2007 | 5 | MINUTE entry before Judge Jeffrey Cole as to Joshua Hines: Initial appearance proceedings held. Defendant Joshua Hines appears in response to arrest on 11/29/07. Defendant informed of rights. Enter order appointing Helen Kim as counse for defendant. Government seeks detention. Detention hearing set for 12/4/07 at 11:30 a.m. Defendant will remain in custody pending resolution of the detention hearing. Mailed notice (las, ) (Entered: 12/04/2007) |
| 11/29/2007 | 6 | ATTORNEY Appearance for defendant Joshua Hines by Helen Joong Kim (las, ) (Entered: 12/04/2007) |
| 11/29/2007 | 7 | FINANCIAL affidavit filed by Joshua Hines (Redacted image) (las, ) (Entered: 12/04/2007) |
| 12/03/2007 | 8 | BENCH WARRANT returned executed as to Joshua Hines on 11/28/07 (Redacted image) (las, ) (Entered: 12/04/2007) |
| 12/04/2007 | | ORAL MOTION by USA to detain the defendant pending trial as to Joshua Hines (meg, ) (Entered: 12/06/2007) |
| 12/04/2007 | 9 | MINUTE entry before Judge Jeffrey Cole as to Joshua Hines :Detention hearing held. Government's oral motion to detain the defendant pending trial is granted. Preliminary hearing waived. Enter a finding of probable cause. Order defendant bound to the District Court for further proceedings. Mailed notice (meg, ) (Entered: 12/06/2007) |
| 12/20/2007 | | (Court only) Judge update in case as to Joshua Hines. Judge Charles R. Norgle, Sr added. Judge Jeffrey Cole no longer assigned to case., ***Set/Clear Flags as to Joshua Hines to Magistrate Judge Cole. (meg, ) (Entered: 12/21/2007) |
| 12/20/2007 | 10 | INDICTMENT as to Joshua Hines (1) count(s) 1, 2 (meg, ) (Entered: 12/21/2007) |
| 12/20/2007 | 11 | DESIGNATION Sheet: FELONY (Category III). (meg, ) (Entered: 12/21/2007) |
| 12/20/2007 | 12 | MINUTE entry before Judge Sidney I. Schenkier as to Joshua Hines: No bond set; detained by magistrate. (meg, ) (Entered: 12/21/2007) |
| 12/21/2007 | 13 | NOTICE of Arraignment as to Joshua Hines before Honorable Charles R. Norgle Sr. on Thursday, 1/3/2008 at 9:30 a.m. (meg, ) (Entered: 12/21/2007) |
| 01/02/2008 | 14 | MINUTE entry before Judge Charles R. Norgle Sr.: Arraignment is rescheduled from 1/3/2008 to 1/11/2008 at 9:30 a.m. Telephoned/mailed notice (ewf, ) (Entered: 01/02/2008) |
| 01/11/2008 | 15 | MINUTE entry before Judge Charles R. Norgle Sr. as to Joshua Hines:Arraignment held. The defendant enters plea of not guilty as to all counts. 16.1 conference to be held within 10 days. Pretrial motion are due on or before 2/15/2008. Status hearing is set for 2/15/2008 at 9:30 a.m. Mailed notice (meg, ) (Entered: 01/14/2008) |
| 01/31/2008 | 16 | MOTION by Joshua Hines, USAEarly Return of Trial Subpoenas as to Joshua Hines (Attachments: # 1 Text of Proposed Order)(Ruder, Julie) (Entered: 01/31/2008) |
| 02/14/2008 | 17 | MINUTE entry before Judge Charles R. Norgle Sr.:Joint Motion for Early |

|  |  |  |
|---|---|---|
|  |  | Return of Trial Subpoenas 16 is granted. Mailed notice (ewf, ) (Entered: 02/14/2008) |
| 02/15/2008 | 18 | MINUTE entry before Judge Charles R. Norgle Sras to Joshua Hines: Status hearing held on 2/15/2008. Status hearing and the deadline for filing pretrial motions continued to 3/21/2008 at 9:30 a.m. Time is excluded until 3/21/2008. Mailed notice (ewf, ) (Entered: 02/19/2008) |
| 03/21/2008 | 19 | MINUTE entry before Judge Honorable Charles R. Norgle, Sr:Status hearing held on 3/21/2008. Status hearing is continued to 4/18/2008 at 9:30 a.m. Mailed notice (ewf, ) (Entered: 03/24/2008) |
| 04/18/2008 | 20 | MINUTE entry before Judge Charles R. Norgle, Sr as to Joshua Hines:Status/change of plea hearing held. The defendant withdraws his plea of not guilty and enters a plea of guilty as to all counts. Defendant is informed of his rights. Judgment of guilty is entered on the plea. Case is referred to the probation department for a presentence investigation. Sentencing is set for July 18, 2008 at 9:30 a.m. Mailed notice (meg, ) (Entered: 04/22/2008) |
| 04/18/2008 | 21 | PLEA Declaration as to Joshua Hines (meg, ) (Entered: 04/23/2008) |
| 07/02/2008 | 22 | MINUTE entry before the Honorable Charles R. Norgle, Sr. as to Joshua Hines: Sentencing date is rescheduled from 7/18/2008 to 8/20/2008 at 10:00 a.m. Mailed notice (ewf, ) (Entered: 07/02/2008) |
| 07/02/2008 | 23 | MINUTE entry before the Honorable Charles R. Norgle, Sr as to Joshua Hines: Enter Agreed Order. Mailed notice (meg, ) (Entered: 07/07/2008) |
| 07/02/2008 | 24 | AGREED ORDER as to Joshua Hines Signed by the Honorable Charles R. Norgle, Sr on 7/2/08.Mailed notice (meg, ) (Entered: 07/07/2008) |
| 08/14/2008 | 25 | OBJECTION to Presentence Investigation Report by Joshua Hines (Kim, Helen) (Entered: 08/14/2008) |
| 08/15/2008 | 26 | SENTENCING MEMORANDUM as to Joshua Hines (Attachments: # 1 Exhibit Exhibits to Defendant Hine's Sentcing Memorandum and Request for Mandatory Minimum Sentence)(Kim, Helen) (Entered: 08/15/2008) |
| 08/18/2008 | 27 | RESPONSE by USA to objection to presentence investigation report 25 (Ruder, Julie) (Entered: 08/18/2008) |
| 08/19/2008 | 28 | REPLY by Joshua Hines to response 27 (Kim, Helen) (Entered: 08/19/2008) |
| 08/20/2008 | 29 | JUDGMENT (Sentencing Order) as to Joshua Hines (1): The defendant pleaded guilty to count(s) one and two. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: one-hundred-sixty-eight (168) months concurrently on counts one and two. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of: five (5) years concurrently on counts one and two. Standard conditions of supervision. Special conditions of supervision. Criminal monetary penalties. Schedule of payments. Joshua Hines terminated. Signed by the Honorable Charles R. Norgle, Sr on 8/20/08.Mailed copy to counsel of record (yap, ) (Entered: 08/28/2008) |

| | | |
|---|---|---|
| 08/28/2008 | | JUDGMENT and Commitment as to Joshua Hines issued to U.S. Marshal (yap, ) (Entered: 08/29/2008) |
| 08/29/2008 | 30 | NOTICE OF APPEAL by Joshua Hines regarding sentencing,judgment v3.0, terminate parties, 29 (cja) (dj, ) (Entered: 09/04/2008) |
| 08/29/2008 | 31 | DOCKETING statement by Joshua Hines regarding notice of appeal 30 (dj, ) (Entered: 09/04/2008) |
| 09/04/2008 | 32 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/04/2008) |