**FILED**
**SEPTEMBER 4, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 4, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3255
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> JOSHUA HINES,
> Defendant - Appellant
>
> ---
>
> District Court No: 1:07-cr-00773-1
> Court Reporter M. Pittman
> Clerk/Agency Rep Michael Dobbins
> District Judge Charles Norgle
>
> Date NOA filed in District Court: 08/29/2008

If you have any questions regarding this appeal, please call this office.

CC:

M. Pittman

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)